.

American Express
PO Box 297879
Fort Lauderdale, FL 33329


American Express
PO Box 1270
Newark, NJ 07101-1270