# United States Bankruptcy Court
## District of Maryland

In re  Jay D. Miller, Sr.  
Debtor(s)

Case No. 19-26490  
Chapter 7

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **January 14, 2020**

/s/ Jay D. Miller, Sr.  
**Jay D. Miller, Sr.**  
Signature of Debtor