THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore

In re:                                            *

JAY D. MILLER                                     *        Case Number: 19-26490-RICE

    Debtor(s).                                    *                Chapter 7

*   *   *   *   *   *   *   *   *   *   *   *   *

**CONSENT MOTION PURSUANT TO LOCAL
BANKRUPTCY RULE 5071-1(d) TO EXTEND
DEADLINES AS CONDITION FOR POSTPONEMENT
OF BANKRUPTCY RULE SECTION 341
MEETING OF CREDITORS**

    The above-captioned Debtor(s), has requested a postponement of the Bankruptcy Code Section 341 Meeting of Creditors in accordance with Local Bankruptcy Rule 5071-1(d).

    As required by Bankruptcy Rule 5071-1(d)(3)(B), this Court is hereby requested to extend deadlines as follows:

    (i)    the right of any party to object to a discharge as provided by Section 727(c)(1) of the Bankruptcy Code until such date sixty (60) days after the rescheduled meeting of creditors;

    (ii)    the right of any party to file a motion to dismiss the bankruptcy case pursuant to Section 707(b)(3) of the Bankruptcy Code until such date sixty (60) days after the rescheduled meeting of creditors; and

    (iii)    the right of the Office of the United States Trustee to file a Statement of Presumed Abuse under Section 704(b)(1)(A) of the Bankruptcy Code until ten (10) days after the rescheduled meeting of creditors.

EAST\147413841.1

In compliance with Local Bankruptcy Rule 5071-1(d)(3)(C), notice of the Consent Motion shall be served on all parties on the matrix, the Trustee and the Office of the United States Trustee by first-class mail or CM/ECF, together with a notice of the new meeting and time of the Bankruptcy Code Section 341 Meeting of Creditors at least seven days in advance of the rescheduled meeting.

WHEREFORE, the Debtor(s) respectfully request(s) that this Court enter an order extending such deadlines as indicated above.

Respectfully submitted,

Date: January 17, 2020

By:/s/ Robert N. Grossbart, Esquire
Robert N. Grossbart  (04116)
Grossbart, Portney & Rosenberg, P.A.
One Charles Center
100 North Charles St
20th floor
Baltimore, MD 21201
410-837-0590
Fax 410-837-0085

**CONSENTED TO BY:**

/s/ Marc H. Baer_____
Marc H. Baer
Chapter 7 Trustee
455 MAIN STREET
Reisterstown, MD  21136
mbaer@waldmangrossfeld.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the foregoing Consent Motion Pursuant to Local Bankruptcy Rule 5071-1(d) to Extend Deadlines as Condition for Postponement of Bankruptcy Rule Section 341 Meeting of Creditors were sent by first class mail, postage prepaid, to all creditors on the attached mailing matrix, the Trustee and the U.S. Trustee this 17th day of   January 2020

/s/ Robert N. Grossbart, Esquire
Attorney for Debtor (s)

EAST\147413841.1